

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| Rita Porter, Individually & as Mother & Next Friend of Dawone Porter, a Minor & Patty Gordon, Individually & as Next Friend of Dylon Gordon, a Minor, Armando & Yvonne Gutierrez, Individually and as Parents & Next Friend of Armando & Amanda  Gutierrez, | § | No. 08-13-00002-CV |
| | § | Appeal from the |
| | § | 243rd District Court |
| | § | of El Paso County, Texas |
| Appellants, | § | (TC# 2009-4360) |
| v. | § | |
| Heritage Operating, LP, a/k/a Denman Propane and Catholic Diocese of El Paso (San Lorenzo Church), | § | |
| | § | |
| Appellees. | § | |
| | § | |

# O R D E R

The Court has considered the Appellants' Motion to Consolidate Original Proceedings and Pending Appeal, and concludes the motion should be GRANTED.  The above styled and numbered cause shall be consolidated with cause number 08-13-00061-CV, styled In Re: Heritage Operating, L.P., and cause number 08-13-00064-CV, styled In Re: Catholic Diocese of El Paso (San Lorenzo Church) for purposes of oral argument only.

IT IS SO ORDERED this 10th day of May, 2013.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.